1  MICHELE BEAL BAGNERIS, City Attorney
   State Bar No. 115423
2  FRANK L. RHEMREV, Assistant City Attorney
   State Bar No. 120294
3  100 North Garfield Avenue, Suite N-210
   Pasadena, CA  91109-7215
4  (626) 744-4141

5  Attorneys for Defendants
   City of Pasadena

6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF PASADENA, OFFICER TAI WOTHERSPOON, OFFICER J. GURROLA, OFFICER RODENUY SOLORZANO, OFFICER J WATTIES, AGENT POWEL, AGENT NEFF, UNKNOWN AGENTS OF DRUG ENFORCEMENT AGENCY, AND DOES 1 - 10, INCLUSIVE,<br><br>    Defendants.<br><br>──────────────────────────<br><br>TREYMEL COLEMAN, ET AL,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF PASADENA, ET AL,<br><br>    Defendants. | Case No. CV10-7166 GAF (PLAx)<br><br>[~~PROPOSED~~] ORDER FOR PROTECTIVE ORDER |

1

[PROPOSED] ORDER FOR PROTECTIVE ORDER

Upon the stipulation of plaintiffs Larry Thomas, Treymel Coleman, D'Shontai Wright, Mary Callum, DJ, EJ, KE and MJ (minors through their respective guardians ad litem) and defendants City of Pasadena, Officers Wutherspoon, Gurrolo and Watties, DEA Agents Neff and Powel, the provisions of the Stipulation and [Proposed] Protective Order, and good cause appearing,

IT IS ORDERED THAT a Protective Order be entered in the form and manner set forth in the Stipulation and [Proposed] Protective Order.

**IT IS SO ORDERED:**

Dated: 3/22/12

~~Hon. Gary A. Fees~~
~~United States District Judge~~

**PAUL L. ABRAMS**

**U.S. MAGISTRATE JUDGE**

Presented by:

MICHELE BEAL BAGNERIS,
   City Attorney
FRANK L. RHEMREV,
   Assistant City Attorney

By _____
   Frank L. Rhemrev
   Assistant City Attorney

Attorneys for Defendant
CITY OF PASADENA

2